# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James Lemasters

v.

Anita Schlank

Case No. Civil 01-786 DSD/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff's "request to proceed in forma pauperis and request for appointment of counsel," is denied;

Plaintiff's "exparte motion for temporary injunction," is denied;

This action is dismissed without prejudice.

DATE: July 16, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk

9